1  **BRYAN CAVE LLP**
   Howard O. Boltz, Jr. #70212
2  Connor J. Flanigan #229397
   120 Broadway, Suite 300
3  Santa Monica, California 90401-2386
   Telephone: 310-576-2233
4  Facsimile:  310-576-2200
   Email:      hoboltz@bryancave.com
5
   Attorneys for Defendants
6  Commercial Environmental Systems Group, Inc.
   and George Halko
7

FILED

APR 0 4 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | NORMAN WRIGHT MECHANICAL        | Case No. CV 06-02065 MJJ
   | EQUIPMENT CORPORATION, a        |
12 | California corporation,         | **STIPULATION TO EXTEND TIME**
   |                                 | **TO ANSWER, MOVE OR**
13 |         Plaintiff,              | **OTHERWISE RESPOND TO THE**
   |                                 | **FIRST AMENDED COMPLAINT**
14 |     vs.                         |
15 | POTOMAC ENVIRONMENTAL           |
   | TECHNOLOGIES, a business entity,|
16 | form unknown; WAIS JALALI, an   |
   | individual; MICHAEL POST, an    |
17 | individual; BRIAN MAZUR, an     |
   | individual; COMMERCIAL          |
18 | ENVIRONMENTAL SYSTEMS           |
   | GROUP, INC., a purported corporation;
19 | GEORGE HALKO, an individual; and
   | DOES 1 through 50, fictiously named
20 | parties,                        |
21 |         Defendants.             |
22

23       Plaintiff, NORMAN S. WRIGHT MECHANICAL EQUIPMENT

24  CORPORATION ("Plaintiff"), and defendants COMMERCIAL

25  ENVIRONMENTAL SYSTEMS GROUP, INC. and GEORGE HALKO

26  ("Defendants"), through and their respective attorneys of record, hereby stipulate

27  and agree, pursuant to Civil Local Rule 6-1(a), that the time for Defendants to

28  answer, move, or otherwise respond to Plaintiff's First Amended Complaint is

SM01DOCS\576682.1

STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR
RESPOND TO THE FIRST AMENDED COMPLAINT

1  extended to and including May 3, 2006.
2       Plaintiff and Defendants further agree that this stipulation shall not constitute
3  a waiver of any defenses or procedural or substantive rights, which are expressly
4  reserved.
5
6  Dated: March 29, 2006            BRYAN CAVE LLP
7                                    HOWARD O. BOLTZ, JR.
                                     CONNOR J. FLANIGAN
8
9
                                     By: _____
10                                        CONNOR J. FLANIGAN
11                                   Attorneys for Defendants CES Group, Inc.
                                     and George Halko
12
13 Dated: March 29, 2006            LEONIDOU & ROSIN, P.C.
                                     JANETTE G. LEONIDOU
14
15
16                                   By: _____
                                          JANETTE G. LEONIDOU
17                                   Attorneys for Defendants Norman S. Wright
18                                   Mechanical Equipment Corp.
19
20
21                                   IT IS SO ORDERED
22
23                                   _____
                                     MARTIN J. JENKINS
24                                   UNITED STATES DISTRICT JUDGE
                                     4/4/2006
25                                   _____
                                          DATE
26
27
28

SM01DOCS\576682.1                    2             STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR
                                                   RESPOND TO THE FIRST AMENDED COMPLAINT

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386