1    PILLSBURY WINTHROP SHAW PITTMAN LLP
     ROXANE A. POLIDORA  #135972
2    roxane.polidora@pillsburylaw.com
     RYAN TAKEMOTO #221169
3    ryan.takemoto@pillsburylaw.com
     50 Fremont Street
4    San Francisco, CA  94105
     Telephone: (415) 983-1000
5    Facsimile: (415) 983-1200

6    Attorneys for Defendants
     POTOMAC ENVIRONMENTAL TECHNOLOGIES,
7    WAIS JALALI, MICHAEL POST and BRIAN MAZUR

FILED

APR 0 4 2006

RICHARD W. WICKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12   NORMAN S. WRIGHT MECHANICAL          )    No. C 06-2065 MJJ
     EQUIPMENT CORPORATION, a California  )
13   corporation,                         )    **STIPULATION TO EXTEND TIME**
                                          )    **TO ANSWER, MOVE OR**
14                        Plaintiff,      )    **OTHERWISE RESPOND TO THE**
                                          )    **FIRST AMENDED COMPLAINT**
15        vs.                             )
                                          )
16   POTOMAC ENVIRONMENTAL                )    [CIVIL L.R. 6-1(a)]
     TECHNOLOGIES, a business entity, form )
17   unknown; WAIS JALALI, an individual; )
     MICHAEL POST, an individual; BRIAN   )
18   MAZUR, an individual; COMMERICAL     )
     ENVIRONMENTAL SYSTEMS GROUP,         )
19   INC., a purported corporation; GEORGE )   Courtroom:  11, 19th Floor
     HALKO, an individual; and DOES 1 through ) Judge:     Hon. Martin J. Jenkins
20   50, fictitiously named parties,      )
                                          )
21                        Defendants.     )
                                          )
22

23

24

25

26

27

28

Case 3:06-cv-02065-MJJ    Document 12    Filed 03/29/2006    Page 2 of 3

1    Plaintiff, NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION

2    ("Plaintiff"), and defendants POTOMAC ENVIRONMENTAL TECHNOLOGIES, WAIS

3    JALALI, MICHAEL POST and BRIAN MAZUR ("Defendants"), through their respective

4    attorneys of record, hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), that the

5    time for Defendants to answer, move, or otherwise respond to Plaintiff's First Amended

6    Complaint is extended to and including May 3, 2006.

7         Plaintiff and Defendants further agree that this stipulation shall not constitute a

8    waiver of any defenses or procedural or substantive rights, which are expressly reserved.

9

10    Dated:  March 28, 2006.

11                                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                                            ROXANE A. POLIDORA
12                                          RYAN TAKEMOTO
                                            50 Fremont Street
13                                          San Francisco, CA  94105

14
                                            By ___/s/ Roxane A. Polidora_____
15                                                      Roxane A. Polidora
                                            Attorneys for Defendants
16                                          POTOMAC ENVIRONMENTAL
                                            TECHNOLOGIES, WAIS JALALI,
17                                          MICHAEL POST and BRIAN MAZUR

18    Dated:  March __, 2006.

19

20                                          LEONIDOU & ROSIN, P.C.
                                            JANETTE G. LEONIDOU
21                                          5 Thomas Mellon Circle, Suite 205
                                            San Francisco, CA  94134
22

23                                          By ___/s/ Janette G. Leonidou_____
                                                      Janette G. Leonidou
24                                          Attorneys for Plaintiff
                                            NORMAN S. WRIGHT MECHANICAL
25                                          EQUIPMENT CORP.

26

27

28

1    I attest under penalty of perjury that concurrence in the filing of this document has been

2    obtained from Janette G. Leonidou

3              Dated:  March 28, 2006.

4

5                                                /s/  Roxane A. Polidora
                                                 Roxane A. Polidora
                                                 Attorney for Defendants
6                                                POTOMAC ENVIRONMENTAL
                                                 TECHNOLOGIES, WAIS JALALI,
7                                                MICHAEL POST and BRIAN MAZUR

8

9

10

11

12                                              IT IS SO ORDERED

13

14                                              MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE
15                                              4/4/2006
16                                                        DATE

17

18

19

20

21

22

23

24

25                                                   .

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER,
                                                MOVE OR OTHERWISE RESPOND TO THE FIRST
                                                AMENDED COMPLAINT
                                                Case No. C 06 2065 MJJ