```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    ROXANE A. POLIDORA  135972
 2   roxane.polidora@pillsburylaw.com
    RYAN TAKEMOTO 221169
 3   ryan.takemoto@pillsburylaw.com
    50 Fremont Street
 4  San Francisco, CA  94105
    Telephone: (415) 983-1000
 5  Facsimile: (415) 983-1200

 6  Attorneys for Defendants
    POTOMAC ENVIRONMENTAL TECHNOLOGIES,
 7  WAIS JALALI, MICHAEL POST and BRIAN MAZUR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION, a California corporation,<br><br>                          Plaintiff,<br><br>   vs.<br><br>POTOMAC ENVIRONMENTAL TECHNOLOGIES, a business entity, form unknown; WAIS JALALI, an individual; MICHAEL POST, an individual; BRIAN MAZUR, an individual; COMMERICAL ENVIRONMENTAL SYSTEMS GROUP, INC., a purported corporation; GEORGE HALKO, an individual; and DOES 1 through 50, fictitiously named parties,<br><br>                          Defendants. | No. C 06 2065 MJJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>[CIVIL L.R. 6-2]<br><br>Courtroom:  11, 19th Floor<br><br>Honorable Martin J. Jenkins |

PURSUANT TO CIVIL LOCAL RULE 6-2, counsel for plaintiff NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION ("Plaintiff"), and counsel for defendants POTOMAC ENVIRONMENTAL TECHNOLOGIES, WAIS JALALI, MICHAEL POST and BRIAN MAZUR ("Defendants") submit this stipulation and

proposed order extending the time for Defendants to respond to the First Amended Complaint:

WHEREAS, Plaintiff filed this action in the Superior Court of California, County of San Francisco on March 6, 2006;

WHEREAS, Plaintiff filed a First Amended Complaint in this action in the Superior Court of California, County of San Francisco on March 10, 2006;

WHEREAS, on March 17, 2006, Commercial Environmental Systems Group, Inc. and George Halko (collectively, the "CES Defendants") filed a Notice of Removal, effectively removing this action to the above-entitled court, and on March 22, 2006, Defendants filed a Joinder in Notice of Removal of Action;

WHEREAS, on March 29, 2006, Plaintiff and Defendants stipulated to an extension for Defendants to answer, move or otherwise respond to the First Amended Complaint up to and including May 3, 2006;

WHEREAS, on April 18, 2006, defendants Commercial Environmental Systems Group Inc. and George Halko filed a motion to compel arbitration of claims and for a stay of this entire action, including Plaintiff's claims against Defendants, pending arbitration (the "CES Defendants' Motion");

WHEREAS, the CES Defendants' Motion is scheduled for hearing on May 24, 2006 at 10:30 a.m. before Magistrate Judge Chen;

WHEREAS, if the CES Defendants' Motion is granted in its entirety, this action will be stayed pending arbitration;

WHEREAS, Plaintiff and Defendants agree that judicial economy and the interests of the parties in avoiding unnecessary expenses would be served and promoted by continuing Defendants' time to answer, move or otherwise respond to the First Amended Complaint until after the CES Defendants' Motion has been heard and decided;

WHEREAS, continuing Defendants' time to answer, move or other respond to the First Amended Complaint as stipulated below will not materially affect the schedule for this action.

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, by and
2  through their respective counsel that the last day for Defendants to answer, move or
3  otherwise respond to the First Amended Complaint is continued to June 13, 2006.

4    IT IS FURTHER STIPULATED AND AGREED that nothing herein, nor the
5  extension of time to answer, move or otherwise respond to the First Amended Complaint
6  shall constitute a waiver of any of Defendants' or Plaintiff's defenses or procedural or
7  substantive rights, which are expressly reserved.

8    Plaintiff and Defendants respectfully request the Court approve the stipulation to
9  extend the time to respond to the First Amended Complaint.

10   Dated: April 26, 2006.

11                                 PILLSBURY WINTHROP SHAW PITTMAN LLP
                                   ROXANE A. POLIDORA
12                                 RYAN TAKEMOTO
                                   50 Fremont Street
13                                 San Francisco, CA 94105

14

15                                 By      /s/ Roxane A. Polidora
                                           Roxane A. Polidora
                                   Attorneys for Defendants
16                                 POTOMAC ENVIRONMENTAL
                                   TECHNOLOGIES, WAIS JALALI,
17                                 MICHAEL POST and BRIAN MAZUR

18
     Dated: April 26, 2006.
19

20                                 LEONIDOU & ROSIN, P.C.
                                   JANETTE G. LEONIDOU
21                                 5 Thomas Mellon Circle, Suite 205
                                   San Francisco, CA 94134
22

23                                 By    /s/ Janette G. Leonidou
                                         Janette G. Leonidou
24                                 Attorneys for Plaintiff
                                   NORMAN S. WRIGHT MECHANICAL
25                                 EQUIPMENT CORP.

26

27

28

**ORDER**

BASED ON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defendants will have up to and including June 13, 2006 to answer, move or otherwise respond to the First Amended Complaint. By this stipulation and the extension of time to answer, move or otherwise respond to the First Amended Complaint, Defendants and Plaintiff have not waived any defenses or procedural or substantive rights.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/26/2006

_____
HONORABLE JUDGE MARTIN J. JENKINS

1  I attest under penalty of perjury that concurrence in the filing of this document has been
2  obtained from Janette G. Leonidou.
3      Dated: April 26, 2006.

4                              /s/ Roxane A. Polidora
                                Roxane A. Polidora
5                               Attorney for Defendants
                                POTOMAC ENVIRONMENTAL
6                               TECHNOLOGIES, WAIS JALALI,
                                MICHAEL POST and BRIAN MAZUR

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28