**BRYAN CAVE LLP**
Howard O. Boltz, Jr. #70212
Connor J. Flanigan #229397
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  310-576-2233
Facsimile:   310-576-2200
Email:         hoboltz@bryancave.com

Attorneys for Defendants
Commercial Environmental Systems Group, Inc.
(currently known as CES Group, Inc.) and George Halko

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>POTOMAC ENVIRONMENTAL TECHNOLOGIES; WAIS JALALI; MICHAEL POST; BRIAN MAZUR; COMMERCIAL ENVIRONMENTAL SYSTEMS GROUP, INC.; GEORGE HALKO; and DOES 1 through 50<br><br>Defendants. | Case No. C06-2065 MJJ (EMC)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS<br><br>Date: May 24, 2006<br>Time: 10:30 a.m.<br><br>Courtroom:  C, 15th Floor<br>Honorable Edward M. Chen |

Counsel for Plaintiff NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION ("Plaintiff") and counsel for Defendants COMMERCIAL ENVIRONMENTAL SYSTEMS GROUP, INC. (currently known as CES GROUP, INC.) and GEORGE HALKO ("Defendants") respectfully submit this stipulation and proposed order for continuance of the hearing on Defendants' Motion To Compel Arbitration of Claims and Request for Stay of Proceedings, currently scheduled for May 24, 2006, at 10:30 a.m., to June 7, 2006, at 10:30 a.m., for the following reasons:

    1.    On April 18, 2006, Defendants filed a motion to compel arbitration of

1  claims and for a stay of this action, including Plaintiff's claims against Defendants,
2  pending arbitration (the "Defendants' Motion");
3      2.  Defendants' Motion is currently scheduled for hearing on May 24,
4  2006 at 10:30 a.m. before Magistrate Judge Chen;
5      3.  Plaintiff's counsel requested that the hearing and related filing dates be
6  continued to allow additional time for preparations in this matter, and Defendants'
7  counsel has no objection and has agreed to such continuance, and counsel have been
8  informed that June 7, 2006, is available on the Court calendar for the hearing in this
9  matter;
10     4.  Accordingly, Plaintiff and Defendants, by and through their respective
11 counsel, have stipulated and agreed that the hearing on Defendants' Motion may be
12 continued from May 24, 2006, to June 7, 2006; that Plaintiff's response to
13 Defendants' Motion may be filed on or before May 17, 2006; and that Defendants'
14 reply may be filed on or before May 24, 2006, and that nothing herein or any
15 continuance shall constitute waiver of any of defenses or procedural or substantive
16 rights of any party, which are expressly reserved.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

579676.1

2

STIPULATION AND [PROPOSED] ORDER

1  For the foregoing reasons, Plaintiff and Defendants respectfully request that the Court approve the stipulation to continue the hearing on Defendants' Motion from May 24, 2006, to June 7, 2006, at 10:30 a.m. in the above-entitled Court; and that Plaintiff's response to Defendants' Motion may be filed on or before May 17, 2006; and that Defendants' reply may be filed on or before May 24, 2006, in this matter.

Dated:  April 27, 2006

**BRYAN CAVE LLP**
HOWARD O. BOLTZ, JR.
CONNOR J. FLANIGAN
120 Broadway, Suite 300
Santa Monica, California 90401-2386


By:  /s/ Howard O. Boltz, Jr.
      HOWARD O. BOLTZ, JR.
Attorneys for Defendants
CES GROUP INC. and GEORGE HALKO


Dated:  April 27, 2006

**LEONIDOU & ROSIN, P.C.**
JANETTE G. LEONIDOU
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134


By:  /s/ Janette G. Leonidou
      JANETTE G. LEONIDOU
Attorneys for Plaintiff
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORP.

579676.1

3

STIPULATION AND [PROPOSED] ORDER

**ORDER**

BASED ON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The hearing on Defendants' Motion to Compel Arbitration and Request for Stay of Proceedings is hereby continued from May 24, 2006, to June 7, 2006, at 10:30 a.m. in the above-entitled Court;

2. Plaintiff's response to Defendants' Motion may be filed on or before May 17, 2006; and

3. Defendants' reply may be filed on or before May 24, 2006.

Dated: April 28, 2006

_____
HONORABLE _____

IT IS SO ORDERED
Judge Edward M. Chen

579676.1

4

STIPULATION AND [PROPOSED] ORDER