1  LEONIDOU & ROSIN
   Professional Corporation
2  Janette G. Leonidou (No. 155257)
   A. Robert Rosin (No. 115245)
3  5 Thomas Mellon Circle, Suite 205
   San Francisco, CA 94134
4  Telephone: (415) 715-2860
   Facsimile: (415) 715-2870
5

   Attorneys for Plaintiff
6  NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORP.

7

8                          UNITED STATES DISCTRICT COURT

9           NORTHERN DISCTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 | NORMAN S. WRIGHT MECHANICAL         ) Case No. C 06 2065 MJJ EMC
   | EQUIPMENT CORPORATION, a California )
12 | corporation,                        ) STIPULATION AND PROPOSED ORDER
   |                                     ) TO ENLARGE TIME FOR FILING OF
13 |         Plaintiff,                  ) OPPOSITION TO CES AND GEORGE
   |                                     ) HALKO'S MOTION TO COMPEL
14 |    vs.                              ) ARBITRATION AND STAY ACTION, TO
   |                                     ) MAY 24, 2006, AND EXTENDING THE
15 | POTOMAC ENVIRONMENTAL               ) TIME FOR CES DEFENDANTS TO FILE A
   | TECHNOLOGIES, a business entity, form ) REPLY, AND ~~PROPOSED~~ ORDER
16 | unknown; WAIS JALALI, an individual; ) THEREON   AND CONTINUING HEARING
   | MICHAEL POST, an individual; BRIAN  ) DATE
17 | MAZUR, an individual; COMMERCIAL    ) [CIVIL L.R. 6-2]
   | ENVIRONMENTAL SYSTEMS GROUP,        )
18 | INC., a purported corporation; GEORGE ) Hearing Date: ~~June 7, 2006~~ June 14, 2006
   | HALKO, an individual; and DOES 1 through )                          10:30 a.m.
19 | 50, fictitiously named parties,     ) Courtroom: C, 15th Floor
   |                                     ) Honorable Edward M. Chen
20 |         Defendants.                 )
   |                                     )

21

22        Pursuant to Local Rule 6-2, the parties and their respective attorneys submit this

23 stipulation and proposed order enlarging the deadline for on which an opposition may be served

24 to defendants Commercial Environmental Systems Group, Inc. (currently known as CES Group,

25 Inc.) and George Halko's (collectively, "the CES Defendants") motion to compel arbitration of

26 claims and for a stay of proceedings, from May 17, 2006 to May 24, 2006. Similarly, the

27 deadline for the CES Defendants' reply shall be moved from May 24, 2006 to May 31, 2006.

28 //

|   |   |
|---|---|
| 1 | It is further stipulated and agreed that nothing herein shall constitute a waiver of any of |
| 2 | the parties' defenses or procedural or substantive rights, which are expressly reserved. |

Dated: May 10, 2006        LEONIDOU & ROSIN

By: _____
Janette G. Leonidou
Attorneys for Plaintiff
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORP.

Dated: May ___, 2006       BRYAN CAVE LLP


By: _____
Howard O. Boltz
Attorneys for Defendants
CES GROUP INC. and GEORGE HALKO

Dated: May ___, 2006       PILLSBURY WINTHROP SHAW PITTMAN LLP


By_____
Ryan Takemoto
Attorneys for Defendants POTOMAC
ENVIRONMENTAL TECHNOLOGIES,
WAIS JALALI, MICHAEL POST, and
BRIAN MAZUR

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

It is FURTHER ORDERED that the hearing on Defendants' Motion to Compel Arbitration and to Stay Proceedings is continued to June 14, 2006.

Date: May 17, 2006

_____
The Honorable Edward M. Chen
Judge of the District Court

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

It is further stipulated and agreed that nothing herein shall constitute a waiver of any of the parties' defenses or procedural or substantive rights, which are expressly reserved.

Dated: May ___, 2006                LEONIDOU & ROSIN

By: _____
Janette G. Leonidou
Attorneys for Plaintiff
NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORP.

Dated: May 17, 2006                 BRYAN CAVE LLP

By: _____
Howard O. Boltz
Attorneys for Defendants
CES GROUP INC. and GEORGE HALKO

Dated: May 16, 2006                 PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
Ryan Takemoto
Attorneys for Defendants POTOMAC ENVIRONMENTAL TECHNOLOGIES, WAIS JALALI, MICHAEL POST, and BRIAN MAZUR

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Date: _____        _____
The Honorable Edward M. Chen
Judge of the District Court