```
 1  LEONIDOU & ROSIN
    Professional Corporation
 2  Janette G. Leonidou (No. 155257)
    A. Robert Rosin (No. 115245)
 3  5 Thomas Mellon Circle, Suite 205
    San Francisco, CA 94134
 4  Telephone: (415) 715-2860
    Facsimile:  (415) 715-2870
 5
    Attorneys for Plaintiff
 6  NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORP.
```

UNITED STATES DISCTRICT COURT

NORTHERN DISCTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>POTOMAC ENVIRONMENTAL TECHNOLOGIES, a business entity, form unknown; WAIS JALALI, an individual; MICHAEL POST, an individual; BRIAN MAZUR, an individual; COMMERCIAL ENVIRONMENTAL SYSTEMS GROUP, INC., a purported corporation; GEORGE HALKO, an individual; and DOES 1 through 50, fictitiously named parties,<br><br>Defendants. | Case No. C 06 2065 MJJ EMC<br><br>STIPULATION AND PROPOSED ORDER TO FURTHER ENLARGE TIME FOR FILING OF OPPOSITION TO CES AND GEORGE HALKO'S MOTION TO COMPEL ARBITRATION AND STAY ACTION, TO MAY 26, 2006, AND EXTENDING THE TIME FOR CES DEFENDANTS TO FILE A REPLY, AND ~~PROPOSED~~ ORDER THEREON<br><br>[CIVIL L.R. 6-2]<br><br>Hearing Date: ~~June 7, 2006~~ June 14, 2006<br>10:30 a.m.<br>Courtroom: C, 15th Floor<br>Honorable Edward M. Chen |

Pursuant to Local Rule 6-2, the parties and their respective attorneys submit this stipulation and proposed order enlarging the filing deadline for an opposition to defendants Commercial Environmental Systems Group, Inc. (currently known as CES Group, Inc.) and George Halko's (collectively, "the CES Defendants") motion to compel arbitration of claims and for a stay of proceedings, from May 24, 2006 to May 26, 2006. Similarly, the deadline for the CES Defendants' reply shall be moved from May 31, 2006 to June 2, 2006.

//

It is further stipulated and agreed that nothing herein shall constitute a waiver of any of the parties' defenses or procedural or substantive rights, which are expressly reserved.

Dated: May 25, 2006   LEONIDOU & ROSIN

By: _____
Janette G. Leonidou
Attorneys for Plaintiff
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORP.

Dated: May 24, 2006   BRYAN CAVE LLP

By: _____
John W. Amberg
Attorneys for Defendants
CES GROUP INC. and GEORGE HALKO

Dated: May ___, 2006   PILLSBURY WINTHROP SHAW PITTMAN LLP


By_____
Ryan Takemoto
Attorneys for Defendants POTOMAC
ENVIRONMENTAL TECHNOLOGIES,
WAIS JALALI, MICHAEL POST, and
BRIAN MAZUR

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Date: May 24, 2006

_____
The Honorable
Judge of the

IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION AND PROPOSED ORDER TO FURTHER ENLARGE TIME FOR FILING OF OPPOSITION
TO CES AND GEORGE HALKO'S MOTION TO COMPEL ARBITRATION AND STAY ACTION
D:\Documents and Settings\kl9\Desktop\STIPULATION RE OPPOSITION- Further Enlargement (00082293)1.DOC
Case No. C06 2065MJJ

It is further stipulated and agreed that nothing herein shall constitute a waiver of any of the parties' defenses or procedural or substantive rights, which are expressly reserved.

Dated: May ___, 2006          LEONIDOU & ROSIN

                              By: _____
                              Janette G. Leonidou
                              Attorneys for Plaintiff
                              NORMAN S. WRIGHT MECHANICAL
                              EQUIPMENT CORP.

Dated: May ___, 2006          BRYAN CAVE LLP

                              By: _____
                              Howard O. Boltz
                              Attorneys for Defendants
                              CES GROUP INC. and GEORGE HALKO

Dated: May 23, 2006           PILLSBURY WINTHROP SHAW PITTMAN LLP

                              By _____
                              Ryan Takemoto
                              Attorneys for Defendants POTOMAC
                              ENVIRONMENTAL TECHNOLOGIES,
                              WAIS JALALI, MICHAEL POST, and
                              BRIAN MAZUR

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Date: _____          _____
                              The Honorable Edward M. Chen
                              Judge of the District Court
2
STIPULATION AND PROPOSED ORDER TO FURTHER ENLARGE TIME FOR FILING OF OPPOSITION
TO CES AND GEORGE HALKO'S MOTION TO COMPEL ARBITRATION AND STAY ACTION
Case No. C06 2065MJJ