**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> POTOMAC ENVIRONMENTAL TECHNOLOGIES; WAIS JALALI; MICHAEL POST; BRIAN MAZUR; COMMERCIAL ENVIRONMENTAL SYSTEMS GROUP, INC.; GEORGE HALKO; and DOES 1 through 50 <br><br> Defendants. | Case No. C06-2065 MJJ (EMC) <br><br> **E-FILING** <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> GRANTED |

The above-entitled action is hereby dismissed with prejudice in its entirety.

Dated: ~~May~~ June 9 , 2006

**LEONIDOU & ROSIN, P.C.**
JANETTE G. LEONIDOU
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134

By: _____
     JANETTE G. LEONIDOU
Attorneys for Plaintiff
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORP.

581081.1

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE

1  Dated: May \_\_\_\_, 2006

2

3

4

5  By: _____

6         HOWARD O. BOLTZ, JR.
   Attorneys for Defendants
7  COMMERCIAL ENVIRONMENTAL
   SYSTEMS GROUP, INC. (currently known as
8  CES GROUP INC.) and GEORGE HALKO

9

10  Dated: ~~May~~ June 6, 2006

11

12

13

14  By: _____
         ROXANE A. POLIDORA
15  Attorneys for Defendants
   POTOMAC ENVIRONMENTAL
16  TECHNOLOGIES, WAIS JALALI,
   MICHAEL POST, and BRIAN MAZUR
17

18

19      PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21  Dated:  6/13/2006     _____
        HONORABLE JUDGE MARTIN J. JENKINS
22

**BRYAN CAVE LLP**
HOWARD O. BOLTZ, JR.
CONNOR J. FLANIGAN
120 Broadway, Suite 300
Santa Monica, California 90401-2386

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
ROXANE A. POLIDORA
50 Fremont Street
San Francisco, California 94105

581081.1

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE